**Stuart B. Wolfe (SBN 156471)**
**Natilee S. Riedman (SBN 257871)**
**nsriedman@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**SAXON MORTGAGE SERVICES, INC.**



# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual,<br><br>             Plaintiff,<br><br>   v.<br><br>SAXON MORTGAGE SERVICES, INC, a Corporation; OCWEN LOAN SERVICING, LLC, a Corporation; U.S. BANK, N.A., a Corporation; and DOES 1 through 50, Inclusive,<br><br>             Defendants. | Case No.: 2:10-cv-00989-WBS-KJM<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[Civil Local Rules Rule 144] |

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that, in light of the impending amended Complaint, in the interests of economy and pursuant to the agreement of the parties, defendant Saxon Mortgage Services, Inc. shall not be required to file a responsive pleading to the March 19, 2010 Complaint but that Saxon Mortgage Services, Inc. shall file a response to the amended Complaint once filed in this matter.

IT IS SO ORDERED.

Dated:  May 20, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE