**Stuart B. Wolfe (SBN 156471)**
**Natilee S. Riedman (SBN 257871)**
**nsriedman@wolfewyman.com**
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**SAXON MORTGAGE SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual,<br><br>    Plaintiff,<br><br>   v.<br><br>SAXON MORTGAGE SERVICES, INC, a Corporation; OCWEN LOAN SERVICING, LLC, a Corporation; U.S. BANK, N.A., a Corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-00989-WBS-KJM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Civil Local Rules Rule 144] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Civil Local Rule 144. Plaintiff HENRIETTA J. MONDAY (hereinafter "Plaintiff") and defendant SAXON MORTGAGE SERVICES, INC. (hereinafter "Saxon"), by and through their respective counsel of record herein, agree and stipulate as follows:

   A.   On July 20, 2010, Saxon contacted Plaintiff's counsel to request an extension to file a response to the First Amended Complaint ("FAC");

   B.   On July 20, 2010, Plaintiff's counsel agreed to provide Saxon with an extension to file a response to the FAC until and including August 10, 2010.

   C.   This Stipulation does not alter the date of any event or any deadline already fixed by

1 the Court.

2     WHEREFORE, the parties to this action agree and stipulate that the deadline for Saxon to

3 file a responsive pleading to the FAC shall be August 10, 2010.

4 DATED: July 20, 2010        WOLFE & WYMAN LLP

7 By: /s/ Natilee S. Riedman
8     STUART B. WOLFE
    NATILEE S. RIEDMAN
    Attorneys for Defendant
9     **SAXON MORTGAGE SERVICES, INC.**

10 DATED: July 20, 2010        FRANSEN & MOLINARO, LLP

13 By: /s/ Nathan Fransen
    NATHAN FRANSEN
14     PAUL J. MOLINARO
    Attorneys for Plaintiff
15     **HENRIETTA J. MONDAY**

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**
G:\DOCS\SHU\DSHU2\inBOX\Signed\10cv989 Monday - Stip to Ext Time to Respnd.doc

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that defendant SAXON MORTGAGE SERVICES, INC. shall have until August 10, 2010 to file a responsive pleading to the First Amended Complaint.

IT IS SO ORDERED.

Dated: July 21, 2010



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE