# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual, | ) Civil Action: 2:10-CV-00989-WBS-KJM |
| | ) |
| | ) Judge: Hon. William B. Shubb |
| **Plaintiff,** | ) Courtroom: 5 (14th Floor) |
| v. | ) Action Filed: March 19, 2010 |
| | ) |
| SAXON MORTGAGE SERVICES, INC, a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATED, SERIES 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY, a California Corporation; and DOES 1 through 10, Inclusive, | ) ORDER TO SET ONE HEARING DATE FOR THE MOTION TO STRIKE AND MOTION TO DISMISS FILED BY SAXON, THE MOTION TO DISMISS FILED BY OCWEN AND U.S. BANK, N.A., AND THE MOTION TO DISMISS FILED BY T.D. SERVICE COMPANY |
| | ) |
| | ) New Date: November 22, 2010 |
| | ) Time: 2:00 p.m. |
| | ) Courtroom: 5 (14th Floor) |
| **Defendants.** | ) |
| _____ | ) |

The Court has considered the stipulation to change the hearing dates of the

(PROPOSED) ORDER TO CHANGE HEARING DATE (Monday v. Saxon, et al.)
- 1 -

following motions:

**1.**   September 27, 2010 at 2:00 p.m. – Motion to Dismiss and Motion to Strike by Defendant SAXON MORTGAGE SERVICES, INC. (Hereafter "SAXON"); and

**2.**   October 12, 2010 at 2:00 p.m. – Motion to Dismiss by Defendant OCWEN LOAN SERVICING, LLC (Hereafter "OCWEN") and Defendant U.S. BANK, N.A. (Hereafter "USB"); and

**3.**   October 12, 2010 at 2:00 p.m. – Motion to Dismiss by Defendant T.D. SERVICE COMPANY (Hereafter "TDS")

Having considered the stipulation, the Court orders all four motions to be heard on **November 22, 2010 at 2:00 p.m.**

**It is so ordered.**

Dated: September 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE