Lawrence J. Dreyfuss, Bar No. 76277
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California 92618
(949) 727-0977; Facsimile (949) 450-0668

Attorneys for Defendant T.D. Service Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual, | Case No.: 2:10-CV-00989-WBS-KJM |
| | Honorable William B. Shubb |
| Plaintiff, | |
| vs. | (PROPOSED) ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT T.D. SERVICE COMPANY'S MOTION TO DISMISS COMPLAINT |
| SAXON MORTGAGE SERVICES, INC., a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATED, SERIES 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY, a California Corporation; and DOES 1 through 10, inclusive, | |
| | DATE: NOVEMBER 22, 2010 |
| | TIME:   2:00 p.m. |
| | COURTROOM: 5 |
| Defendants | |

The court having reviewed the request to appear telephonically at T.D. Service Company's Motion to Dismiss Complaint, and good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED that defendant may appear telephonically at its Motion to Dismiss currently set on November 22, 2010 at 2:00 p.m. in courtroom 5, by and through its

counsel, Lawrence J. Dreyfuss, (949) 727-0977.   The courtroom deputy shall initiate the telephone conference call.

DATED:  November 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1040-2487