Stuart B. Wolfe (SBN 156471)
Feather D. Baron (SBN 252489)
fdbaron@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone: (925) 280-0004
Facsimile: (925) 280-0005

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual, | Case No.: 2:10-cv-00989-WBS-KJM |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT SAXON MORTGAGE SERVICES, INC. TO RESPOND TO PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
| v. | |
| SAXON MORTGAGE SERVICES, INC., a Corporation; OCWEN LOAN SERVICING, LLC, a Corporation; U.S. BANK, N.A., a Corporation; and DOES 1 through 50, Inclusive, | |
| Defendants. | Hon. William B. Shubb |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between Plaintiff HENRIETTA J. MONDAY ("Plaintiff") and Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon") by and through their respective counsel of record. Plaintiff and Saxon agree and stipulate as follows:

1. On December 22, 2010, Saxon requested of Plaintiff an extension of time to answer the Verified First Amended Complaint filed by Plaintiff in the above-captioned matter ("FAC"), to and including January 17, 2011.

2. On December 22, 2010, Plaintiff's counsel agreed to extend Saxon's time to answer the FAC, to and including January 17, 2011.

3. This Stipulation does not alter the date of any event or deadline already fixed by the Court.



WHEREFORE, Plaintiff and Saxon agree and stipulate that Saxon shall have up to and including January 17, 2011 to respond to the FAC.

DATED:  December _22_, 2010            FRANSEN & MOLINARO, LLP


                                       By:/s/_____
                                           PAUL J. MOLINARO
                                       **Attorneys for Plaintiff**
                                       **HENRIETTA J. MONDAY**


DATED:  December _22_, 2010            WOLFE & WYMAN LLP


                                       By: /s/_____
                                           STUART B. WOLFE
                                           FEATHER D. BARON
                                       **Attorneys for Defendant**
                                       **SAXON MORTGAGE SERVICES, INC.**


## ORDER ON STIPULATION

The Court, having reviewed the Stipulation of Plaintiff and Saxon, and good cause appearing therefore, ORDERS that Saxon shall have up to and including January 17, 2011 to respond to Plaintiff's First Amended Complaint in this matter.

**IT IS SO ORDERED**

DATED:  December 27, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE