1  ERIC D. HOUSER (SBN 130079)
   KEVIN R. BROERSMA (SBN 252748)
2  HOUSER & ALLISON, A Professional Corporation
3  3760 Kilroy Airport Way, Suite 260
   Long Beach, California 90806
4  Tel:    (949) 679-1111; Fax: (949) 679-1112
   Email:  Kbroersma@houser-law.com
5  Attorneys for Defendants, Ocwen Loan Servicing LLC; and U.S. BANK NATIONAL
   ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed
6  Funding Corporation Asset Backed Certificates, Series 2007-WMC1 (erroneously sued herein as
   U.S. Bank N.A.)
7

8
              **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT**
9
                                  **SACRAMENTO DIVISION**
10

11 | HENRIETTA J. MONDAY, an Individual, | Case No.: 2:10-cv-00989-WBS-KJM |
|---|---|
12 | Plaintiff, | Hon:  William B. Shubb |
13 | vs. | |
14 | SAXON MORTGAGE SERVICES, INC, a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK NATIONAL ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY a California Corporation; and DOES 1 through 50, Inclusive, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS OCWEN LOAN SERVICING LLC AND U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** |
21 | Defendants. | |

23  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

24       This Stipulation is made by and between Plaintiff HENRIETTA J. MONDAY

25  ("Plaintiff") and Defendants OCWEN LOAN SERVICING LLC and U.S. BANK NATIONAL

26  ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed

27  Funding Corporation Asset Backed Certificates, Series 2007-WMC1 ("Defendants") by and

28
   ─────────────────────────────────────────────
   **STIP TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**
                                    1

1 through their respective counsel of record.  Plaintiff and Defendants agree and stipulate as
2 follows:
3     1.    On December 28, 2010, Defendants requested of Plaintiff an extension of time to
4 answer the Verified First Amended Complaint filed by Plaintiff in the above-captioned matter
5 "FAC"), to and including January 17, 2011.
6     2.    On December 28, 2010, Plaintiff's counsel agreed to extend Defendants' time to
7 answer the FAC, to and including January 17, 2011.
8     3.    This Stipulation does not alter the date of any event or deadline already fixed by
9 the Court.
10     WHEREFORE, Plaintiff and Defendants agree and stipulate that Defendants shall have
11 up to and including January 17, 2011 to respond to the FAC.
12
13 Dated: December 28, 2010        **FRANSEN & MOLINARO, LLP**
14
15
        /s/  Nathan Fransen
16         Nathan Fransen
        Attorney for Plaintiff,
17         HENRIERTTA J. MONDAY
18 Dated: December 28, 2010        **HOUSER & ALLISON**
        A Professional Corporation
19
20
21         /s/  Kevin R. Broersma
        Kevin Broersma
22         Attorney for Defendants,
        Ocwen Loan Servicing LLC; and U.S. BANK
23         NATIONAL ASSOCIATION as Trustee for the
        registered holders of ABFC 2007-WMC1 Trust
24         Asset Backed Funding Corporation Asset Backed
        Certificates, Series 2007-WMC1 (erroneously sued
25         herein as U.S. Bank N.A.)
26 / / /
27
28

**STIP TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

2

### ORDER ON STIPULATION

The Court, having reviewed the Stipulation of Plaintiff and Defendants, and good cause appearing therefore, ORDERS that Defendants OCWEN LOAN SERVICING LLC and U.S. BANK NATIONAL ASSOCATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1 shall have up to and including January 17, 2011 to respond to Plaintiff's First Amended Complaint in this matter.

**IT IS SO ORDERED**

DATED:   December 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             ) ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On December 29, 2010, I served the following document(s):

**STIPULATION TO EXTEND TIME FOR DEFENDANTS OCWEN LOAN SERVICING LLC AND U.S. BANK NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

On the following interested parties in this action described as follows:

| | |
|---|---|
| Nathan Fransen | Stuart B. Wolfe |
| Paul J. Molinaro | Feather D. Baron |
| Fransen & Molinaro, LLP | Wolfe & Wyman LLP |
| 980 Montecito Drive, Suite 206 | 2175 N. California Blvd., Suite 645 |
| Corona, CA 92879 | Walnut Creek, CA 94596-3502 |
| Tel.: (951) 520-9684 | Tel.: (925) 280-0004 |
| Fax: (951) 284-1089 | Fax: (925) 280-0005 |
| E-mail: | E-mail: fdbaron@wolfewyman.com |
| nfransen@fransenandmolinaro.com | *Attorneys for Defendant* |
| pmolinaro@fransenandmolinaro.com | *Saxon Mortgage Services, Inc.* |
| *Attorneys for Plaintiff* | |

Lawrence J. Dreyfuss
The Dreyfuss Firm, APC
7700 Irvine Center Drive, Suite 710
Irvine, CA 92618
Tel.: (949) 727-0977
Fax: (949) 450-0668
E-mail: roma@dreyfusslaw.com
*Attorneys for Defendant T.D. Service Company*

[X]   **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

**STIP TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

4

1   I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

2   Executed on December 29, 2010, in Long Beach, California.

				/s/ Richard Mendizábal
				Richard Mendizábal

---

**STIP TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**

5