Stuart B. Wolfe (SBN 156471)
Feather D. Baron (SBN 252489)
fdbaron@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual,<br><br>    Plaintiff,<br><br>  v.<br><br>SAXON MORTGAGE SERVICES, INC., a Corporation; OCWEN LOAN SERVICING, LLC, a Corporation; U.S. BANK, N.A., a Corporation; and DOES 1 through 50, Inclusive,<br><br>    Defendants. | Case No.: 2:10-cv-00989-WBS-KJM<br><br>*AMENDED* **STIPULATION TO FURTHER EXTEND TIME FOR DEFENDANT SAXON MORTGAGE SERVICES, INC. TO RESPOND TO PLAINTIFF'S VERIFIED FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Hon. William B. Shubb |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

This Stipulation is made by and between Plaintiff HENRIETTA J. MONDAY ("Plaintiff") and Defendant SAXON MORTGAGE SERVICES, INC. ("Saxon") by and through their respective counsel of record.  Plaintiff and Saxon agree and stipulate as follows:

1. On January 6, 2011, Saxon requested of Plaintiff an extension of time to answer the Verified First Amended Complaint filed by Plaintiff in the above-captioned matter ("FAC"), to and including January 31, 2011.

2. On January 6, 2011, Plaintiff's counsel agreed to extend Saxon's time to answer the FAC, to and including January 31, 2011.

3. This Stipulation does not alter the date of any event or deadline already fixed by the Court.

1

*AMENDED* **STIP TO EXTEND TIME TO ANSWER; [PROPOSED] ORDER – Case No. 2:10-cv-00989-WBS-KJM**
G:\DOCS\SHU\DSHU2\inBOX\Signed\10cv989 Monday - Amended Stip Extg Time to Answer to First AC.doc

1  WHEREFORE, Plaintiff and Saxon agree and stipulate that Saxon shall have up to and
2  including January 31, 2011 to respond to the FAC.

3  DATED: January 10, 2011                    FRANSEN & MOLINARO, LLP
4

5
                                              By: /s/ Paul J. Molinaro, Esq. (SBN 242879)
6                                                 PAUL J. MOLINARO
                                              **Attorneys for Plaintiff**
7                                             **HENRIETTA J. MONDAY**

8
   DATED: January 10, 2011                    WOLFE & WYMAN LLP
9

10

11                                            By: /s/ Feather D. Baron, Esq. (SBN 252489)
                                                  STUART B. WOLFE
12                                                FEATHER D. BARON
                                              **Attorneys for Defendant**
13                                            **SAXON MORTGAGE SERVICES, INC.**

14

15                                   **ORDER ON STIPULATION**

16     The Court, having reviewed the Stipulation of Plaintiff and Saxon, and good cause appearing
17  therefore, ORDERS that Saxon shall have up to and including January 31, 2011 to respond to
18  Plaintiff's First Amended Complaint in this matter.

19

20     **IT IS SO ORDERED**

21  DATED: January 12, 2011

22
                                   WILLIAM B. SHUBB
23                                 UNITED STATES DISTRICT JUDGE