**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **HENRIETTA J. MONDAY, an Individual,** | Civil Action: **2:10-CV-00989-WBS-CMK (TEMP)** |
| **Plaintiff,** | Judge: Hon. William B. Shubb |
| **v.** | Courtroom: 5 (14th Floor) |
| | Action Filed: March 19, 2010 |
| **SAXON MORTGAGE SERVICES, INC, a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATED, SERIES 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY, a California Corporation; and DOES 1 through 10, Inclusive,** | ORDER GRANTING EXTENSION OF DATE FOR EXPERT DISCLOSURE  [FRCP 26(a)(2)] |
| **Defendants.** | |

Having considered the stipulation to extend the date for the expert disclosures under FRCP 26(a)(2), the Court orders that Plaintiff has up to, and including, **Wednesday**

[PROPOSED] ORDER GRANTING EXTENSION FOR FRCP 26(a)(2) DISCLOSURES (Monday v. Saxon, et al.)
- 1 -

1  **March 23, 2011** to serve experts and produce reports in accordance with FRCP
2  26(a)(2).
3  **It is so ordered.**
4      Dated:  March 24, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE