Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:   (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC, a Texas corporation; OCWEN LOAN SERVICING, LLC, a Delaware limited liability corporation; U.S. BANK, N.A., As Trustee for the Registered Holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificate, Series 2007-WMC1, an Ohio business entity; T.D. SERVICE COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-00989 WBS CMK<br><br>**STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON** |


**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In pursuit of potential informal resolution, Plaintiff HENRIETTA J. MONDAY

(hereinafter "Plaintiff"), defendant SAXON MORTGAGE SERVICES, INC. (hereinafter

"Saxon"), and defendants OCWEN LOAN SERVICING LLC ("Ocwen") and U.S. BANK

NATIONAL ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1

Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1

1

("U.S. Bank"), which are the only participating parties, agree and stipulate, by and through

their respective counsel of record

///

herein that the deadlines in sections IV and V of the Court's Status (Pretrial Scheduling)

Order should be modified as follows:

### IV. DISCOVERY

The parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) by no later than January 24, 2011.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 18, 2011. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before **April 29, 2011**.

The parties have requested changes to the standard discovery procedures, which the court grants according to Federal Rule of Civil Procedure 26(b)(2)(A). The maximum number of interrogatories from one party to another party shall be thirty five. The maximum number of requests for admission from one party to another party shall be thirty-five. The maximum number of depositions from one party to another party shall be five.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **May 31, 2011**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **May 31, 2011.**

### V. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **July 14, 2011**. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

IT IS SO STIPULATED.

DATED:   April <u>14</u>, 2011          FRANSEN & MOLINARO, LLP

By:   _/s/ Paul J. Molinaro_ NATHAN FRANSEN
PAUL J. MOLINARO
**Attorneys for Plaintiff**

**STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**
G:\DOCS\2.   ORDERS TO BE PROCESSED\MONDAY.STIP.DOC

**HENRIETTA J. MONDAY**

///

///

DATED:   April <u>14</u>, 2011                    WOLFE & WYMAN LLP


By:   */s/ Joshua M. Bryan*
STUART B. WOLFE
JOSHUA M. BRYAN
**Attorneys for Defendant**
**SAXON MORTGAGE SERVICES, INC.**


DATED:   April <u>14</u>, 2011                    HOUSER & ALLISON


By:   */s/ Kevin R. Broersma*
ERIC D. HOUSER
KEVIN R. BROERSMA
**Attorneys for Defendants**
**OCWEN LOAN SERVICING LLC and U.S.**
**BANK NATIONAL ASSOCIATION as Trustee**
**for the registered holders of ABFC**
**2007-WMC1 Trust Asset Backed Funding**
**Corporation Asset Backed Certificates, Series**
**2007-WMC1**


\* \* \* \* \* \* \*

3

**STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**

**ORDER ON STIPULATION**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the deadlines in sections IV and V of the Court's Status (Pretrial Scheduling) Order should be modified as stated above.

IT IS SO ORDERED.


DATED:   April 27, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER ON STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**
G:\DOCS\2.   ORDERS TO BE PROCESSED\MONDAY.STIP.DOC