**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT –**

**SACRAMENTO DIVISION**

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual<br><br>Plaintiff<br><br>vs.<br><br>SAXON MORTGAGE SERVICES, INC, a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK NATIONAL ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY a California Corporation; and DOES 1 through 50, Inclusive.<br><br>Defendants. | Case No.: 2:10-cv-00989-WBS-KJM<br><br>Hon: William B. Shubb<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPPEAR TELEPHONICALLY** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Ocwen Loan Servicing, LLC and U.S. BANK NATIONAL ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1 (erroneously sued herein as U.S.

**[PROPOSED] ORDER**

**1**

1  Bank N.A.) counsel's Request to Appear Telephonically at Plaintiff's Motion to Amend the
2  Amended Complaint is hereby granted.  The courtroom deputy shall initiate the telephone
3  conference call.

Dated:  June 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER**
2