Stuart B. Wolfe (SBN 156471)
Joshua M. Bryan (SBN 225230)
jmbryan@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596-3502
Telephone:  (925) 280-0004
Facsimile:  (925) 280-0005

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual,<br><br>   Plaintiff,<br><br> v.<br><br>SAXON MORTGAGE SERVICES, INC, a Texas corporation; OCWEN LOAN SERVICING, LLC, a Delaware limited liability corporation; U.S. BANK, N.A., As Trustee for the Registered Holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificate, Series 2007-WMC1, an Ohio business entity; T.D. SERVICE COMPANY, a California corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No.: 2:10-cv-00989 WBS CMK<br><br>**SECOND STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER AND ORDER THEREON** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

In pursuit of potential informal resolution, Plaintiff HENRIETTA J. MONDAY (hereinafter "Plaintiff"), defendant SAXON MORTGAGE SERVICES, INC. (hereinafter "Saxon"), and defendants OCWEN LOAN SERVICING LLC ("Ocwen") and U.S. BANK NATIONAL ASSOCIATION as Trustee for the registered holders of ABFC 2007-WMC1 Trust Asset Backed Funding Corporation Asset Backed Certificates, Series 2007-WMC1 ("U.S. Bank"), which are the only participating parties, agree and stipulate, by and through their respective counsel of record

///

1

1  herein that the deadlines in sections IV and V of the Court's Status (Pretrial Scheduling) Order

2  should be modified as follows:

3  **IV. DISCOVERY**

4  …

5  All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by **June 30, 2011**. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **June 30, 2011.**

10  **V. MOTION HEARING SCHEDULE**

11  All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **August 15, 2011**. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

14  IT IS SO STIPULATED.

15  DATED: May 24, 2011                    FRANSEN & MOLINARO, LLP

17                                         By: */s/ Paul J. Molinaro*
18                                              NATHAN FRANSEN
                                                PAUL J. MOLINARO
19                                         **Attorneys for Plaintiff**
                                           **HENRIETTA J. MONDAY**

20  DATED: May 24, 2011                    WOLFE & WYMAN LLP

22                                         By: */s/ Joshua M. Bryan*
23                                              STUART B. WOLFE
                                                JOSHUA M. BRYAN
24                                         **Attorneys for Defendant**
                                           **SAXON MORTGAGE SERVICES, INC.**

25  ///
26  ///
27  ///
28  ///

2

**SECOND STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**

428729.1

1 DATED: June 2, 2011                    HOUSER & ALLISON

3                                        By: /s/ Kevin R. Broersma
4                                            ERIC D. HOUSER
                                             KEVIN R. BROERSMA
5                                        **Attorneys for Defendants**
                                         **OCWEN LOAN SERVICING LLC and U.S.**
6                                        **BANK NATIONAL ASSOCIATION as Trustee for**
                                         **the registered holders of ABFC 2007-WMC1 Trust**
7                                        **Asset Backed Funding Corporation Asset Backed**
                                         **Certificates, Series 2007-WMC1**

9                                        * * * * * * *

**SECOND STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER**

428729.1

WOLFE & WYMAN LLP

**ORDER ON SECOND STIPULATION MODIFYING STATUS ORDER**

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that the deadlines in sections IV and V of the Court's Status (Pretrial Scheduling) Order should be modified as stated above.

IT IS SO ORDERED.

**Date:** <u>6/4/2011</u>

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE