```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11
12   HENRIETTA J. MONDAY, an              NO. CIV. 2:10-989 WBS CKD
     Individual,
13
               Plaintiff,                 ORDER RE: MOTION TO BIFURCATE
14                                        TRIAL
          v.
15
     SAXON MORTGAGE SERVICES, INC,
16   a Texas Corporation; OCWEN
     LOAN SERVICING, LLC, a
17   Delaware Limited Liability
     Company; U.S. BANK, N.A., AS
18   TRUSTEE FOR THE REGISTERED
     HOLDERS OF ABFC 2007-WMC1
19   TRUST ASSET BACKED FUNDING
     CORPORATION ASSET BACKED
20   CERTIFICATED, SERIES 2007-
     WMC1, an Ohio Business Entity;
21   T.D. SERVICE COMPANY, a
     California Corporation; and
22   DOES 1 through 10, Inclusive,

23             Defendants.
                                     /
24
25                              ----oo0oo----
26             Ocwen Loan Servicing, LLC ("Ocwen") and U.S. Bank,
27   N.A., as Trustee for the registered holders of ABFC 2007-WMC1
28   Trust Asset Backed Funding Corporation Asset Backed Certificated,
```

1

1  Series 2007-WMC1, ("U.S. Bank") filed a motion for bifurcation
2  (Docket No. 96) and set it on the court's regular law and motion
3  calendar.  Determining whether the claims and issues in a case
4  give rise to the rare circumstances that merit bifurcation is
5  best determined at the Pretrial Conference when it is clear what
6  claims and issues will be tried.
7           IT IS THEREFORE ORDERED that Ocwen and U.S. Bank's
8  motion for bifurcation be, and the same hereby is, DENIED without
9  prejudice to the request and the reasons for the request being
10 presented in the parties' pretrial statements; and the hearing
11 scheduled for September 26, 2011, is hereby VACATED.
12 DATED: September 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE