**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **HENRIETTA J. MONDAY, an Individual,** | ) Civil Action: 2:10-CV-00989-WBS-CKD |
| | ) Judge: Hon. William B. Shubb |
| | ) Courtroom: 5 (14th Floor) |
| Plaintiff, | ) Action Filed: March 19, 2010 |
| v. | ) Trial Date: November 15, 2011 |
| | ) |
| **SAXON MORTGAGE SERVICES, INC,** a Texas Corporation; **OCWEN LOAN SERVICING, LLC,** a Delaware Limited Liability Company; **U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATED, SERIES 2007-WMC1,** an Ohio Business Entity; **T.D. SERVICE COMPANY,** a California Corporation; and DOES 1 through 10, Inclusive, | ) **ORDER GRANTING ONE WEEK EXTENSION TO FILE PRETRIAL STATEMENTS AND REQUEST TO MOVE THE FINAL PRETRIAL CONFERENCE TO OCTOBER 24, 2011 AT 2:00 P.M.** |
| | ) |
| | ) **Pretrial Conference** |
| | ) Date: October 17, 2011 |
| | ) Time: 2:00 p.m. |
| | ) Courtroom: 5 |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**TO ALL PARTIES, AND THEIR COUNSEL OF RECORD**

Having considered the request for extension to file pretrial statements and request to move the pretrial conference, the Court orders the following:

**1.** Plaintiff's separate pretrial statement, which was filed on <u>October 05, 2011</u>, is accepted as timely filed.

**2.** Defendant SAXON MORTGAGE SERVICES, INC. shall file its pretrial statement on, or before **October 12, 2011**.

**3.** Defendant OCWEN LOAN SERVICING, LLC shall file its pretrial statement on, or

[PROPOSED] ORDER (<u>Monday v. Saxon, et al.</u>)

before **October 12, 2011**.

4. Defendant U.S. BANK, N.A. shall file its pretrial statement on, or before **October 12, 2011**.

IT IS SO ORDERED

DATED: October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER (Monday v. Saxon, et al.)