1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| HENRIETTA J. MONDAY, an Individual, | ) Civil Action: 2:10-CV-00989-WBS-CKD |
| | ) Judge: Hon. William B. Shubb |
| | ) Courtroom: 5 (14th Floor) |
| Plaintiff, | ) Action Filed: March 19, 2010 |
| v. | ) Trial Date: November 15, 2011 |
| | ) |
| SAXON MORTGAGE SERVICES, INC., a Texas Corporation; OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; U.S. BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ABFC 2007-WMC1 TRUST ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATED, SERIES 2007-WMC1, an Ohio Business Entity; T.D. SERVICE COMPANY, a California Corporation; and DOES 1 through 10, Inclusive, | ) ORDER GRANTING DISMISSAL OF ) ENTIRE ACTION |
| Defendants. | ) |

**TO ALL PARTIES, AND THEIR COUNSEL OF RECORD**

Having considered the request for dismissal with prejudice except for jurisdiction to enforce the confidential settlement agreement, should such enforcement be necessary, the Court orders the following:

1.  The entire case is dismissed <u>with prejudice except for jurisdiction to enforce the confidential settlement agreement</u>. The Court shall retain jurisdiction to enforce the terms

    / / /

[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION
(Monday v. Saxon, et al.)

1 | of the confidential settlement agreement.

2 | **IT IS SO ORDERED**

4 | Dated: January 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE